IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAZCON, A KURTZ BROS. CO., LLC,   )<br>    Plaintiff,                               ) | C.A. No. 1:19-CV-40 |
| vs.                                              ) | |
| BEG GROUP LLC, et al.,                 )<br>    Defendants.                           ) | RE: ECF Nos. 49, 52, and 55 |

**O R D E R**

AND NOW, this 10th day of August 2020;

IT IS HEREBY ORDERED that the partial motion to dismiss filed by Defendants BEG Group and Greco [ECF No. 49] is denied.

IT IS FURTHER ORDERED that the motion to dismiss the amended complaint filed by Burt and Elkin [ECF No. 51] is granted and the motion for more definite statement filed by Burt and Elkin [ECF No. 51] is denied.

IT IS FURTHER ORDERED that the motion to dismiss the counterclaims filed by Mazcon [ECF No. 55] is granted in part and denied in part as follows. The motion to dismiss is denied as to Counterclaims I-V and is granted as to Counterclaim VI. The false marking counterclaim is dismissed.

IT IS FURTHER ORDERED that amendments to the Amended Complaint and the Answer and Counterclaims will be permitted consistent with the Memorandum filed this day.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1